NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**YECHEZKAL EVAN SPERO,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,
PORSCHE CARS NORTH AMERICA, INC.,**
*Appellees*

_____

2025-1065

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00315 and IPR2023-01225.

-------------------------------------------------

**YECHEZKAL EVAN SPERO,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,
PORSCHE CARS NORTH AMERICA, INC.,**
*Appellees*

_____

2025-1145

_____

2                 SPERO v. VOLKSWAGEN GROUP OF AMERICA, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00318 and IPR2023-01296.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Yechezkal Evan Spero's motion to voluntarily dismiss Appeal No. 2025-1065 pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2025-1065 is dismissed. The revised official caption for the remaining appeal, Appeal No. 2025-1145, is reflected in this order.

(2) Each party shall bear its own costs as to Appeal No. 2025-1065.

(3) Appellees' response brief(s) in Appeal No. 2025-1145 remain due no later than April 28, 2025.

SPERO v. VOLKSWAGEN GROUP OF AMERICA, INC.                    3

    (4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2025-1145.

FOR THE COURT



April 3, 2025
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2025-1065 only): April 3, 2025